UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------
Patricia Williams,
        Plaintiff,

-vs-

**Trella & Raymond Bernard,**
        Defendants.
-----------------------------------------------

STANDARD REFERRAL ORDER

CV-05-3202(FB)(CP)

    This civil case hereinabove set forth is referred to Magistrate Judge __POLLAK__ for the following pre-trial purposes:

___ All of the following;
    or

Those purposes indicated below:

___1. To enter the scheduling order provided for in F.R.Civ.P. 16(b);

___2. To consider holding a discovery conference and entering the related order provided for in F.R.Civ.P. 26(f);

___3. To hear and determine any disputes arising from discovery;

___4. To consider the possibility, if any, of settlement and to assist therewith as may be appropriate;

___5. To prepare a pre-trial order where such order seems indicated;

___6. To schedule an appropriate trial date, in consultation with the chambers of the undersigned;

___7. To file a report with the undersigned within 120 days as to the status of the case, in the event the tasks set forth above are not then completed.

__XX__ 8. <u>TO HOLD EITHER A INQUEST OR HEARING TO DETERMINE DAMAGES AND ATTORNEY FEES ON PLAINTIFF'S DEFAULT JUDGMENT AND PREPARE A REPORT AND RECOMMENDATION.</u>

SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
       December 16, 2005