UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK, BROOKLYN

------------------------------------------------------------X   **05 CV 3202**

PATRICIA G. WILLIAMS

                              Plaintiff,

-against-

TRELLA BERNARD & RAYMOND BERNARD

                              Defendant.

**ORDER FOR DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF**

Judge: Block
Magistrate Judge: Pollak

------------------------------------------------------------X

Upon reading and filing the Affirmation of LARINZO D. CLAYTON, ESQ., dated November 23, 2005, and the Summons and Verified Complaint heretofore served herein, with proof of service thereof, and it appearing therefrom that Defendants TRELLA BERNARD & RAYMOND BERNARD have failed to appear or plead in this action:

Now, upon motion of LARINZO D. CLAYTON, attorney for Plaintiff, it is

**ORDERED**, that the motion be and the same is hereby granted in all respects, and that judgment be entered in favor of the Plaintiff and against the Defendants TRELLA BERNARD & RAYMOND BERNARD for the damages incurred by reason of the cause of action alleged in the complaint, and it is further

**ORDERED** that ~~said Plaintiff be awarded $600,000.00 as per the Ad Damnum sections of Plaintiff's Complaint (i.e. paragraphs "18" and "21") by this Honorable Court.~~ THIS IS REFER TO MJ POLLAK TO HOLD A INQUEST OR HEARING TO DETERMINE DAMAGES AND COUNSEL FEES AND THEN PREPARE A REPORT AND RECOMMENDATION.

E N T E R,

_____
USMJ   MAGISTRATE JUDGE   12/16/05