UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PATRICIA G. WILLIAMS,

                Plaintiff,

    -against-

TRE'LLA BERNARD, *et al.*,

                Defendants.
------------------------------------------------------------x

FILED
IN CLERK'S
U.S. DISTRICT

BROOKLYN OFFICE

**MEMORANDUM AND ORDER**
No. 05-CV-3202 (FB) (CLP)

*Appearances:*
*For the Plaintiff:*
LARINZO D. CLAYTON, ESQ.
Law Office of Larinzo D. Clayton, P.C.
190 W. Merrick Road, Suite 3B
Freeport, NY 11520

*For the Defendants:*
TRELLA BERNARD, *PRO SE*
3017 Thomas Lane
Augusta, GA 30906

RAYMOND BERNARD, *PRO SE*
3017 Thomas Lane
Augusta, GA 30906

**BLOCK, Senior District Judge:**

    On August 2, 2007, Magistrate Judge Cheryl L. Pollak issued a Report and Recommendation ("R & R") recommending that defendants' motion to vacate the default be granted. The R & R states that "[a]ny objections to this Report and Recommendation must be filed with the Clerk of the Court . . . within ten (10) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's Order." R&R at 14. To date, no objections have been filed.

    Where, as here, clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R & R without *de novo* review. *See Thomas v. Arn,* 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.,* 313 F.3d 758,

766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility,* 219 F.3d 162, 174 (2d Cir. 2000).

As no error appears on the face of the Magistrate Judge Pollack's R & R, the Court adopts it without *de novo* review. The Clerk is **directed** to vacate the default judgment and reopen the case.

**SO ORDERED.**

/S/

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
August 22, 2007